**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ANITA HARLEY,

                Plaintiff,

- against -


ENHANCED RECOVERY COMPANY, LLC,

                Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 17-1238 (SJF) (AKT)

An Order Dismissing Case of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 6, 2018, dismissing this case with prejudice pursuant to Rule 41(b), and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff Anita Hartley take nothing of defendant Enhanced Recovery Company, LLC; that this case is dismissed with prejudice; and that this case is closed.

Dated: Central Islip, New York
       September 6, 2018

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                   By:    /s/ James J. Toritto
                                                 Deputy Clerk